BRANIC INTERNATIONAL REALTY CORP., Appellant, v PHILLIP PITT, Respondent, et al., Respondents.

Submitted September 15, 2014; decided September 18, 2014

Motion by The Bronx Defenders, Inc., et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge Abdus-Salaam taking no part.